IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| QUICKSILVER, INC.<br><br>Plaintiff<br><br>vs<br><br>MICHAEL'S IMPORT WHOLESALE, KHRISTIBEL IMPORTS, SOLYMAR IMPORTS, INTERNATIONAL WHOLESALERS, REVOLUTION WAVE IMPORTS, ACCESSORIES COLLECTIONS OUTLET, CHULERIAS, DC WIRELESS, AG LITTLE STORE, VAL-KEY SHOPS, HR COMM. KOSCO, CHINA TOWN LA MODA, PANTALLAS Y PANTALLAS, PUERTO RICO WIRELESS, POUCH & HOLDERS, GISELLY FASHION, MUNDO DE ORO, DIGITAL SOLUTIONS, EASY CELLULAR, INC., VAL-KEY SHOPS, ILLUSION LEATHER, CUESTA JOYEROS, SCALA JEWELRY, JOYERIA FIGALY GOLD MAKER CORP., EASY CELLULAR, INC., COMMUNICART, INC., MP-3 STORE, ACCESORIT, EVERYBODY'S FASHION, FOUR SEASONS, NICOLE ACCESSORIES, FARMACIA MODELO, TIENDA NUESTRAS COSAS & CELULARES, FOTO IMAGEN, TIENDA EVA, ILLUSION OUTLET PLAZA GRAB, DREAM TEAM COLLECTIBLES, CC WIRELESS GROUP, INC., FREE CELLULAR, TIENDA PERFUMES LA MAS GRANDE, CELULARES Y ALGO MAS, AROMAS, FANTASIA Y ALGO MAS, VIVIANA'S, EMOTION, TALK TIME CELLULAR, LYL SHOES, D'HANDBAG STORE, F.I. CELLULARS, TIENDA ANGELINA, LAS GANGAS, ENCANTO, 24 WITO NOVELTY, KUKETERIA, COMMUNIKART, LOS MAHONES SURF, DREAM TEAM, NARA BOOTH, MAS IDEAS, DJ DESIGN MARGINAL LOS ANGELES, CELLULAR COMM., JULNIL FASHION, TECHSOURCE, BEEP CELLULAR<br><br>Defendants | CIVIL 08-2068CCC |

CIVIL 08-2068CCC                                         2

**AMENDED PARTIAL DEFAULT JUDGMENT *NUNC PRO TUNC***

Upon consideration of Plaintiff's Motion for Entry of Final Default Judgment and Related Orders against Easy Cellular, Inc. (Plaza del Sol, Bayamón, PR and Plaza Río Hondo, Bayamón, PR) (hereinafter referred to as "Easy Cellular" or "defendant") (**docket entry 130**), and the record before the Court, it is hereby ORDERED AND ADJUDGED:

1) Permanent Injunction is entered against the above-referenced defendant pursuant to Fed. R. Civ. P. 65, forever enjoining this defendant, its officers, agents, servants, employees, and attorneys and upon those persons in active concert or participation with them:

   a) From manufacturing, procuring, distributing, shipping, retailing, selling, advertising or trafficking, in any merchandise, including apparel, sunglasses, bags, jewelry and/or related merchandise, not authorized by plaintiff, bearing unauthorized simulations, reproductions, counterfeits, copies or colorable imitations of plaintiff's trademarks, or bearing a design or image which is of a substantially similar appearance to plaintiff's listed on Exhibit A to the Complaint;

   b) From passing off, inducing or enabling others to sell or pass off, as authentic products produced by plaintiff or otherwise authorized by plaintiff, any product not manufactured by plaintiff or produced under the control or supervision of plaintiff and approved by plaintiff, which utilize any of plaintiff's trademarks listed on Exhibit A to the Complaint;

   c) From committing any act calculated to cause purchasers to believe that the defendant's products are those sold under the control and supervision of plaintiff, or are sponsored, approved or guaranteed by plaintiff, or are connected with and produced under the control or supervision of plaintiff;

CIVIL 08-2068CCC 3

    d)    From further diluting and infringing plaintiff's trademarks and damaging its goodwill; and

    e)    From causing, aiding and/or abetting any other person from doing any act proscribed under (a) through (d) above.

IT IS FURTHER ORDERED AND ADJUDGED that Judgment be entered in favor of plaintiff and against defendant Easy Cellular, as noted more specifically below:

| | |
|---|---|
| Quicksilver, Inc., for the violation of its "Quicksilver" word mark, pursuant to 15 U.S.C. § 1117(c)(1) and (2). . . . . . . . . | $20,000.00 |
| Quicksilver, Inc., for the violation of its "Quicksilver" design, pursuant to 15 U.S.C. § 1117(c)(1) and (2). . . . . . . . . . . . . . | $20,000.00 |
| TOTAL JUDGMENT AGAINST EASY CELLULAR. . . . . . . . | $40,000.00 |

That this Partial Default Judgment shall operate as a Permanent Injunction and Final Order as to defendant Easy Cellular, Inc. (Plaza del Sol, Bayamón, PR and Plaza Río Hondo, Bayamón, PR).

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on September 26, 2011.

                                                                         S/CARMEN CONSUELO CEREZO
                                                                         United States District Judge